# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana - Lafayette Division

| | | |
|---|---|---|
| **ABC IP, LLC, a limited liability company; Rare Breed Triggers, Inc., a Texas corporation** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:26-cv-00049 |
| | ) | |
| | ) | |
| **Lam Solutions, a sole proprietorship; Matthew Lam, an individual; Nate Lam, an individual** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Jacqueline Flotow, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Matthew Lam in Allen County, IN on June 23, 2026 at 7:06 pm at 3217 Water Wheel Run, Fort Wayne, IN 46818-9155 by personal service by handing the following documents to an individual identified as Matthew Lam.

CIVIL COVER SHEET
ALIAS SUMMONS IN A CIVIL ACTION, LAM SOLUTIONS, A SOLE PROPRIETORSHIP
SUMMONS IN A CIVIL ACTION, MATTHEW LAM
SUMMONS IN A CIVIL ACTION, LAM SOLUTIONS, A SOLE PROPRIETORSHIP
SUMMONS IN A CIVIL ACTION, NATE LAM
COMPLAINT FOR PATENT INFRINGEMENT with EXHIBIT(S)
CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)(1) OF THE FEDERAL
RULES OF CIVIL PROCEDURE
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR
TRADEMARK

Race: Native Hawaiian or Other Pacific Islander, Sex: Male, Est. Age: Unknown, Hair: Black, Glasses: N, Est. Weight: 280 lbs to 300 lbs, Est. Height: 5' 6" to 5' 9".

Geolocation of Serve: https://google.com/maps?q=41.1856083333,-85.1867383333
Photograph: See Exhibit 1

Total Cost: $366.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_/s/ Jacqueline Flotow_

Allen County                              ,

IN        on     6/24/2026            .

Signature
Jacqueline Flotow
+1 (260) 449-0747



Exhibit 1a)